August 14, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

CLAY EXPLORATION, INC., Appellant

NO. 14-13-00042-CV                           V.

SANTA ROSA OPERATING, LLC, Appellee

_____

This cause, an appeal from the order in favor of appellee, Santa Rosa Operating, LLC, signed June 25, 2012 and made final on December 12, 2012 was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Clay Exploration, Inc. to pay all costs incurred in this appeal.

We further order this decision certified below for observance.